UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-20341-RNS

MAX'IS CREATIONS INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

        Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff MAX'IS CREATIONS INC. ("MCINC" or "Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against the Defendants identified on Schedule "A" to the Complaint as numbered 3 to 8, 12, 13, 15, 16, 19, 20, 23 to 27, 29 to 45, 47 to 57, 59 to 66, 68, 70 to 85, 87 to 116, 118 to 120, 122, 123, 125 to 136, 138, 144, 152, and 156 to 189 ("Defaulting Defendants") hereto on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

    1.    The Declaration of ANGELA M. NIEVES in Support of Motion for Entry of Clerk's Default ("Nieves Decl.") filed concurrently herewith demonstrates that the Defendants were served with the Summons and a copy of the Complaint by email communication in compliance with the Court's Order on Alternative Service (ECF No. 11):

    a. Defendants numbered 126 to 136 and 161 to 189 were served on February 14, 2023 (ECF No. 26).

    b. Defendants numbered 53 to 123 were served on February 16, 2023 (ECF No. 31).

    c. Defendants numbered 124, 125 and 137 to 160 were served on February 17, 2023 (ECF No. 32).

    d. Defendants numbered 1 and 21 were served on February 24, 2023 (ECF No. 33).

    e. Defendants numbered 29 to 52 were served on February 28, 2023 (ECF No. 34).

    f. Defendants numbered 2 to 20 and 22 to 28 were served on March 3, 2023 (ECF No. 38).

2. The time allowed for Defaulting Defendants to respond to the Complaint has expired. The Court has not granted Defaulting Defendants an extension of time to respond to the Complaint. Defaulting Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

3. Plaintiff is informed and believes that Defaulting Defendants are not considered infants or incompetent persons. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

4. Pursuant to the Court's instruction, Plaintiff sent notice of the Court's Order entered at ECF No. 61 to the Defaulting Defendants on June 29, 2023. (ECF No. 63).

WHEREFORE, Plaintiff MAX'IS CREATIONS INC. requests that a default be entered by the Clerk against Defendant The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" numbered 3 to 8, 12, 13, 15, 16, 19, 20, 23 to 27, 29 to 45, 47 to 57, 59 to 66, 68, 70 to 85, 87 to 116, 118 to 120, 122, 123, 125 to 136, 138, 144, 152, and 156 to 189, and for such other and further relief as to the Court deems just and proper in the premises.

Dated:  June 30, 2023					Respectfully submitted,

						/s/Angela M. Nieves
						ANGELA M. NIEVES
						Florida Bar Number: 1032760
						angela.nieves@sriplaw.com
						JOEL B. ROTHMAN
						Florida Bar Number:  98220
						joel.rothman@sriplaw.com

						**SRIPLAW, PA**
						21301 Powerline Road
						Suite 100
						Boca Raton, FL  33433
						561.404.4350 – Telephone
						561.404.4353 – Facsimile

						*Counsel for Plaintiff Max'is Creations Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 30, 2023, the foregoing Motion was emailed to the Defendants identified on Schedule "A" to the Complaint as numbered 3 to 8, 12, 13, 15, 16, 19, 20, 23 to 27, 29 to 45, 47 to 57, 59 to 66, 68, 70 to 85, 87 to 116, 118 to120, 122, 123, 125 to 136, 138, 144, 152, and 156 to 189 by emailing these defendants the Motion to the email addresses listed below on the Service List.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES

## SERVICE LIST

| Doe # | Merchant Name | Email Address |
|---|---|---|
| 3 | Shenzhen Shenglong International Trade Co., Ltd. | leo@hkshenglong.com |
| 4 | Xiamen Saiko Trade Co.,Ltd | stella@ikitobi.cn |
| 5 | Shanghai SIRF Industrial Co., Ltd | tony_huang@f-colour.com |
| 6 | Shanghai SIRF Industrial Co., Ltd | tony_huang2@yijian88.cn |
| 7 | Shenzhen Fanfan Fashion Trading Co., Ltd. | whfanfanshishang@163.com |
| 8 | Shanghai Fine-V Ceramic Gift Intl Trade Co., Ltd. | jane@fine-v.com |
| 12 | Hangzhou Yuanji Gift Co., Ltd | initibag03@163.com |
| 13 | Jinan Wuhai Trading Co., Ltd. | 120334615@qq.com |
| 15 | Yiwu Qingju Trading Co., Ltd. | qingjutrading@aliyun.com |
| 16 | Henan Qumiao Network Technology Co., Ltd. | qumiao@wercome.com |
| 19 | Fuzhou Sheng Leaf Import And Export Co., Ltd. | sales@shengleaf.com |
| 20 | Shenzhen Tongfuda Electronic Commerce Co., Ltd. | liumin@gouzoon.com |
| 23 | Xiamen Hongyu Intelligent Technology Co., Ltd. | shanz34509@163.com |
| 24 | Xiamen Kunbo Industry & Trade Co., Ltd. | c410411197@qq.com |
| 25 | Xiamen Yisheng Economics & Trade Co., Ltd. | 477576484@qq.com |
| 26 | Dongguan Yong Rui Bianse Technology Co., Ltd. | yongruibiansebei@hotmail.com |
| 27 | Luoyang Wangchuang Electronic Commerce Co., Ltd. | zhc15716667557@sina.com |

| | | |
|---|---|---|
| 29 | PFDIYF Official Store | 18248586379@163.com |
| 30 | Shop5481158 Store | teywi264@126.com |
| 31 | Daily necessities home store Store | li1324198874@163.com |
| 32 | Mug Factory Flagship Store | zengyuerong920507@163.com |
| 33 | MoMo Live Store | 13332955148@139.com |
| 34 | HAEJU HOME Store | haizhou_ae@163.com |
| 35 | Shop1100316109 Store | wangnf7588@aliyun.com |
| 36 | AB MART Store | tony_huang3@yijian88.cn |
| 37 | RDOOUH Store | m15267960270@163.com |
| 38 | Shop4691125 Store | babyman2021@sina.com |
| 39 | Ceasar's Tool Store | tony_huang1@f-colour.com |
| 40 | i House Store | yijiaqingjie@hotmail.com |
| 41 | Dser-Home Store | 1137675980@qq.com |
| 42 | 12 clock Store | shutaishu005@163.com |
| 43 | Watermelon's Store | 364119404@qq.com |
| 44 | Shop911606587 Store | sumaitong2021001@163.com |
| 45 | Saccura Store | storeofbee@gmail.com |
| 47 | shenghuoguan Store | 1768632509@qq.com |
| 48 | guanchi2 Store | guanchi20211104@163.com |
| 49 | blue-jing Store | 282116599@qq.com |
| 50 | 666Mug Store | mengmengzi002@163.com |
| 51 | Ceramic Pro Store | lengwenying8680@gmail.com |
| 52 | With Hopeing Store | Huangweizheng2022@163.com |
| 53 | R.W. GAGE TRADING LTD. | rwgagetradingltd@gmail.com |
| 54 | Miswagi Distribution Inc | ranaomar71.ra@gmail.com |
| 55 | MuEn SHOP | 18736004417@163.com |
| 56 | zhengzhoufeiliangshangmaoyouxiangongsi | 1442336889@qq.com |
| 57 | Wuhanjingkaishengdianzishangwuyouxiangongsi | huijingyao1989@163.com |
| 59 | XLDMDMDM | bxlmndm8886@163.com |
| 60 | Negoshanty | haematology0330@aol.com |
| 61 | xishihui shop | songcunleius@163.com |
| 62 | let me pass | wentinghelpus@sina.com |
| 63 | Kimliastore | 674159255@qq.com |
| 64 | Dimida | desi.andre83@gmail.com |
| 65 | SZWQBH | lwd26413909@163.com |
| 66 | FENGZH | xklzncvk6546899462@163.com |
| 68 | huanyugongsi | w17650504243@163.com |
| 70 | Mansa Resales | mansaresales@gmail.com |
| 71 | MinNing | w17807829507@163.com |

| # | Name | Email |
|---|---|---|
| 72 | LKET | zhuli5052@126.com |
| 73 | zhangkunhaobeimei | zhkgbeimei@163.com |
| 74 | GNOMESHGH | yy15295570910@163.com |
| 75 | LiuLinXianKangMinMenShiBu | miaozhibinmeizhou@163.com |
| 76 | hxlxqx | 958259037@qq.com |
| 77 | JU_SHUO | jhghauq21@126.com |
| 78 | Lebooa | lebooa@outlook.com |
| 79 | zhangnanaamz | zhangnanaamz@163.com |
| 80 | hua mei xing heng | linmahua02@163.com |
| 81 | Fumao Trading | yamaxundyc@163.com |
| 82 | LoveD | 1557529763@qq.com |
| 83 | JDKKYPT | liqiang0091@163.com |
| 84 | feiyuebaihuoshanghang | chenjiezgs@163.com |
| 85 | Online Amazing Store | my.unique.store@hotmail.com |
| 87 | YE61043 | wangy46546us@163.com |
| 88 | Trading-World | josephpekarski@gmail.com |
| 89 | ZXJdedian | zjuanjcuk@163.com |
| 90 | xinxiangxianyamaliancheng | yaoyao100619@163.com |
| 91 | Le Miqu | zyp15803426702@163.com |
| 92 | ZoZo store | shenyichuangkeji@163.com |
| 93 | TongShiQi | yinjiaxin0521@163.com |
| 94 | xiangchengshirunruishangmao | wuxun7888@163.com |
| 95 | I.C.K Deals | kaleementerpriseltd@gmail.com |
| 96 | JXinT | bm18666023227@163.com |
| 97 | yi er san zhi he | sanzhihelingshou@126.com |
| 98 | GhjUS | guohaijun1688@hotmail.com |
| 99 | ZIYUMR | 1780446209@qq.com |
| 100 | konggeriyongbaihuodian | luoyuting0918@outlook.com |
| 101 | WBYSD | wbyshangmaous@163.com |
| 102 | YINGFENGWL | yinfengwl33505@163.com |
| 103 | Coles E-Commerce | colesecommerce1@gmail.com |
| 104 | kunpengbaihuo | h845172642@163.com |
| 105 | huairenshilanjiaojiarendianzishangwuyouxiangongsi | cxx15935491182@outlook.com |
| 106 | weiweifafa | q2025553492@163.com |
| 107 | jinzengshangmaoyouxiangongsi | zxmbbcc@163.com |
| 108 | little tiger's store | rachelli567@163.com |
| 109 | æ² å¤•çš„å° åº— | 15629166527@wo.cn<br>564821083@qq.com |
| 110 | LQJQQD | lrj0925uk@163.com |
| 111 | zhongyuwangluo | zhongyuwangluoji@163.com |

| 112 | XINYIRONGXIANG | zgf_2019@163.com |
|---|---|---|
| 113 | Huibi | huibius@163.com |
| 114 | lanhongshangmao(xingjun12) | w458668574@163.com |
| 115 | wuzhongdian | wuzhongdian789@163.com |
| 116 | STSC Market | stscmarket@gmail.com |
| 118 | YSBHSH | wuyaopeng19780721@163.com |
| 119 | HuangJiShangMao | sdfasdfghffdghrsty@outlook.com |
| 120 | AuraroGeneralStore | 15834078985@163.com |
| 122 | XSDbeimei | sqq0328us@126.com |
| 123 | xiaowanzi Lcc | qyf569186342@163.com |
| 125 | teerifle | chiplaptop.02@gmail.com<br>phuocthait4@gmail.com<br>voyeu123pro@gmail.com |
| 126 | Copy03 | m13229945243@163.com |
| 127 | flymachine | nihaohahaha1@sina.com |
| 128 | homedod | qleo9e9e@yeah.net |
| 129 | movesports | m18159891392@163.com |
| 130 | Likenices | m16561112412@163.com |
| 131 | Baguoo | m16560314348@163.com |
| 132 | kxingshop | m16560314348@163.com |
| 133 | Thisisfashion | m16561184757@163.com |
| 134 | profoundadviced | gugezhuanmai@126.com |
| 135 | starrynight0108 | cathy@xdrcollection.com |
| 136 | christmascupgifts | gfyjhkgehu021@163.com |
| 138 | MIMIvintageGifts | vansondhbk@gmail.com |
| 144 | LiXinXian HuiTaiShiPin ShangMao YouXian GongSi | qinaemamnkl@outlook.com |
| 152 | Shenzhen Xianyi Numa Technology | xianyi_fg@outlook.com |
| 156 | Shenzhen Aisiting Technology | qingjiede@outlook.com |
| 157 | Shenzhen Zongtuo Technology | daryl_gagj912@outlook.com |
| 158 | Shenzhen Longhua District Youxun Hengda Electronics Firm | hdivdkjf@outlook.com |
| 159 | cherryandoak | hello@instantemails.co<br>info@cherryandoak.com<br>info@juzdigital.com<br>contact@ecombucks.com<br>hello@juztech.com<br>jeffreytay+shopify@gmail.com |
| 160 | spiritcos | marrychen1988@gmail.com<br>644583318@qq.com |

| | | |
|---|---|---|
| 161 | mug-fabrik | m.rothenburger@gmail.com<br>business@xjqmge.shop<br>brandonyt98@outlook.com<br>clement.vonfeld.29@gmail.com<br>rams95@live.fr |
| 162 | LANDAF_US | tracykitty015@outlook.com |
| 163 | Beyarina | zhongcheng_service@163.com |
| 164 | Fortioo | laizhihai_support@163.com |
| 165 | Dolegur | pearlprowal@hotmail.com |
| 166 | mango | kiarswe_service003@outlook.com |
| 167 | Smileol | chongquyu@hotmail.com |
| 168 | Yszodd | weiwenhui0904w@outlook.com |
| 169 | Ranludas | chenshishia@outlook.com |
| 170 | Rukaus | heiyunya@outlook.com |
| 171 | Nafxzy | fapiaoxiangqia@outlook.com |
| 172 | Nowsnde | dyfishing@163.com |
| 173 | tuanchi1408 | tuanchivu1408@gmail.com |
| 174 | minhtuyen12 | phamleminhtuyen12@gmail.com |
| 175 | nhuthuy1312 | phnhuthuy17@gmail.com |
| 176 | lediem1214 | ltkieudiem16@gmail.com |
| 177 | trinh97 | ntttrinh1697@gmail.com |
| 178 | kmytien39 | khmtien93@gmail.com |
| 179 | anguyett83 | nttanguyet044@gmail.com |
| 180 | chaubaonb90 | dbaochaunb90@gmail.com |
| 181 | hang156 | phambhang9292@gmail.com |
| 182 | loc1892 | huynhhhbaloc@gmail.com |
| 183 | ngoc165 | phngoc165@gmail.com |
| 184 | chau269 | ngbaochau269@gmail.com |
| 185 | happyhastore | ngngocthi10@gmail.com |
| 186 | hanhnhi_store | hanhtt122@gmail.com |
| 187 | baby921shop | mvtai27893@gmail.com |
| 188 | thanhhstore | thanhngatran152@gmail.com |
| 189 | SummerColStore | tn300862@gmail.com |