UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-20341-RNS

MAX'IS CREATIONS INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      Defendant.

**DECLARATION OF ANGELA M. NIEVES IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO CERTAIN DEFENDANTS**

I, ANGELA M. NIEVES, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff MAX'IS CREATIONS INC. ("MCINC" or "Plaintiff") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On January 27, 2023, MCINC filed its Complaint against Defendants The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" ("Defendants") (ECF No. 1).

3. The following Defendants were served with the Summons and a copy of the Complaint by email communication in compliance with the Court's Order on Alternative Service (ECF No. 11):

a. Defendants numbered 126 to 136 and 161 to 189 were served on February 14, 2023 (ECF No. 26).

b. Defendants numbered 53 to 123 were served on February 16, 2023 (ECF No. 31).

c. Defendants numbered 124, 125 and 137 to 160 were served on February 17, 2023 (ECF No. 32).

d. Defendants numbered 1 and 21 were served on February 24, 2023 (ECF No. 33).

e. Defendants numbered 29 to 52 were served on February 28, 2023 (ECF No. 34).

f. Defendants numbered 2 to 20 and 22 to 28 were served on March 3, 2023 (ECF No. 38).

Attached hereto as Exhibit "A" are true and correct copies of Certificates of Service on file with the Court, reflecting the Defendants were served with its Summons and a copy of the Complaint.

4. The time allowed for Defendants to respond to the Complaint has expired.

5. Defendants have not been granted an extension of time to respond to the Complaint.

6. Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of their Answer or other response upon Plaintiff's attorneys of record.

7. I am informed and do not believe that any Defendants are infants or incompetent persons, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2023.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES