United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Max'is Creations Inc., Plaintiff, <br><br> v. <br><br> The Individuals, Partnerships, and Unincorporated Associations identified on Sched. "A", Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-20341-Civ-Scola <br> ) <br> ) <br> ) <br> ) |

### Order Adopting Report and Recommendations and Entering Final Default Judgment and Permanent Injunction

The Court referred the Plaintiff Max'is Creations Inc. motion for final default judgment as to *certain* Defendants (ECF No. 74) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. Judge Goodman issued his report, recommending that the Court grant in part and deny in part the Plaintiff's motion. (Rep. & Rec., ECF No. 86.) Although no objections have been filed, and the deadline to object has passed, the Court has nonetheless considered Judge Goodman's report on a de novo basis. After reviewing the report, the record, and the relevant legal authorities, the Court finds Judge Goodman's report and recommendations thorough, cogent, and compelling. The Court thus **adopts** the recommendations in full (**ECF No. 86**) and **grants in part and denies in part** the Plaintiff's motion for default judgment (**ECF No. 74**), awarding damages and entering an injunction as set forth below.

The Court enters **final default judgment** in the Plaintiff Max'is Creations Inc.'s favor in the amount of the requested sums in statutory damages listed in the Plaintiff's amended damages table (*see* ECF No. 84-1) (ranging from $750.00 to $953,000.00, and totaling **$21,579,250.00**), as recommended by Judge Goodman, against the Defaulting Defendants listed on Exhibit A to this order, in addition to **$21,462.50** in reasonable attorney's fees and **$402.00** in costs (liability for the fees and costs to be borne jointly and severally). The Court also adopts Judge Goodman's recommendation as to **permanent injunctive relief** and orders as follows:

1. Each Defaulting Defendant listed on Exhibit A, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined:
    a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the

federally registered marks, THE MUG WITH A HOOP!, THE MUG WITH A GLOVE!, THE SOCCER MUG WITH A GOAL!, THE MUG WITH A GOALPOST!, MAX'IS CREATIONS M (Stylized/Design), MAX'IS CREATIONS, and THE WORLD WOULD BE BETTER IF WE COULD PLAY WITH OUR FOOD! (collectively the "MCINC Marks") or any confusingly similar trademarks, other than those actually manufactured or distributed by plaintiff; and

  b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the MCINC Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the MCINC Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defaulting Defendant, including, but not limited to, any assets held by or on behalf of any Defaulting Defendant; and
  c. From copying, displaying, distributing or creating derivative works of plaintiff's copyrighted photographs; and
  d. From making, using, selling, importing and/or offering to sell products that practice U.S. Utility and Design Patent Nos. 9,375,106, D723,336, D755,015, D760,546, D760,547, and D763,041 (collectively, the "MCINC Patents").

2. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Permanent Injunction shall immediately and permanently discontinue the use of the MCINC Marks, or any confusingly similar trademarks, or the plaintiff's copyrighted photographs, and the MCINC Patents, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This order is limited to the Defaulting Defendant' listings using the MCINC Marks, or any confusingly similar trademarks, or the plaintiff's copyrighted photographs, and the MCINC Patents, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defaulting Defendants' entire e-commerce stores.

3. Each Defaulting Defendant, its officers, directors, employees, agents,

subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Preliminary Injunction shall immediately and permanently discontinue, the use of the MCINC Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defaulting Defendant, including the Internet based e- commerce stores operating under the Seller IDs.

4. Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Amazon Payments, Inc. ("Amazon"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), Payoneer, Inc. ("Payoneer"), NewEgg Commerce, Inc. ("NewEgg"), WorldFirst UK Limited ("WorldFirst"), or PingPong Global Solutions Inc. ("PingPong"), Joom, SIA (Latvia) ("Joom"), Shopify Inc. ("Shopify"), Stripe, Inc. and/or Stripe Payments Company ("Stripe") and their related companies and affiliates on which this court imposed restraints under the Preliminary Injunction are ordered to release the funds restrained to satisfy the monetary judgments. Finally, the Court directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida on December 8, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

# **Exhibit A**

| Doe # | Marketplace | Merchant Name | Number of Design Patents Infringed | Design Patents | Number of Copyrighted Works Infringed | Copyrighted Works | Number of Trademarks Infringed | Trademarks | Design Patent Damages ($750 per DP) | Copyright Damages ($150,000 per Work) | Trademark Damages ($100,000 per Mark) | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Alibaba | Shenzhen Shenglong International Trade Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 4 | Alibaba | Xiamen Saiko Trade Co.,Ltd | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 5 | Alibaba | Shanghai SIRF Industrial Co., Ltd | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |
| 6 | Alibaba | Shanghai SIRF Industrial Co., Ltd | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |
| 7 | Alibaba | Shenzhen Fanfan Fashion Trading Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 8 | Alibaba | Shanghai Fine-V Ceramic Gift Intl Trade Co., Ltd. | 4 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal<br>• Mug With a Baseball glove<br>• Football mug With a goal post | 5 | • Baseball Action Cocoa<br>• Baseball and Packaging<br>• Baseball Empty<br>• Football Empty<br>• Football and Packaging | 2 | • The Mug With A Glove!<br>• The Mug With a Goalpost! | $3,000 | $750,000 | $200,000 | $953,000 |
| 12 | Alibaba | Hangzhou Yuanji Gift Co., Ltd | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 13 | Alibaba | Jinan Wuhai Trading Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 15 | Alibaba | Yiwu Qingju Trading Co., Ltd. | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 16 | Alibaba | Henan Qumiao Network Technology Co., Ltd. | 1 | • Mug With a Basketball Hoop | 4 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Basketball Empty<br>• Basketball and Packaging | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 19 | Alibaba | Fuzhou Sheng Leaf Import And Export Co., Ltd. | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 20 | Alibaba | Shenzhen Tongfuda Electronic Commerce Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 23 | Alibaba | Xiamen Hongyu Intelligent Technology Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 24 | Alibaba | Xiamen Kunbo Industry & Trade Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 26 | Alibaba | Dongguan Yong Rui Bianse Technology Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 27 | Alibaba | Luoyang Wangchuang Electronic Commerce Co., Ltd. | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 29 | Aliexpress | PFDIYF Official Store | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 30 | Aliexpress | Shop5481158 Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 31 | Aliexpress | Daily necessities home store Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 32 | Aliexpress | Mug Factory Flagship Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 33 | Aliexpress | MoMo Live Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 34 | Aliexpress | HAEJU HOME Store | 1 | • Mug With a Basketball Hoop | 3 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $450,000 | $100,000 | $550,750 |
| 35 | Aliexpress | Shop1100316109 Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 36 | Aliexpress | AB MART Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Aliexpress | RDOOUH Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 38 | Aliexpress | Shop4691125 Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 39 | Aliexpress | Ceasar's Tool Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |
| 40 | Aliexpress | i House Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 41 | Aliexpress | Dser-Home Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 42 | Aliexpress | 12 clock Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 43 | Aliexpress | Watermelon's Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 44 | Aliexpress | Shop911606587 Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 45 | Aliexpress | Saccura Store | 1 | • Mug With a Basketball Hoop | 3 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Basketball and Packaging | 1 | • The Mug With A Hoop! | $750 | $450,000 | $100,000 | $550,750 |
| 47 | Aliexpress | shenghuoguan Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 48 | Aliexpress | guanchi2 Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 49 | Aliexpress | blue-jing Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | 2 | • Basketball Action Cocoa<br>• Basketball and Packaging | 1 | • The Mug With A Hoop! | $1,500 | $300,000 | $100,000 | $401,500 |
| 50 | Aliexpress | 666Mug Store | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 51 | Aliexpress | Ceramic Pro Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 52 | Aliexpress | With Hopeing Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 53 | Amazon | R.W. GAGE TRADING LTD. | 1 | • Soccer Mug With a Goal | | | | | $750 | $0 | $0 | $750 |
| 54 | Amazon | Miswagi Distribution Inc | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 55 | Amazon | MuEn SHOP | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 56 | Amazon | zhengzhoufeiliangshangmaoyouxiangongsi | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 57 | Amazon | Wuhanjingkaishengdianzishangwuyouxiangongsi | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 59 | Amazon | XLDMDMDM | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 60 | Amazon | Negoshanty | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 61 | Amazon | xishihui shop | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 62 | Amazon | let me pass | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 63 | Amazon | Kimliastore | 1 | • Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $750 | $0 | $100,000 | $100,750 |
| 64 | Amazon | Dimida | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 65 | Amazon | SZWQBH | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 66 | Amazon | FENGZH | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 68 | Amazon | huanyugongsi | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 71 | Amazon | MinNing | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 72 | Amazon | LKET | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Amazon | zhangkunhaobeimei | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 74 | Amazon | GNOMESHGH | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 75 | Amazon | LiuLinXianKangMinMenShiBu | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 76 | Amazon | hxlxqx | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |
| 77 | Amazon | JU_SHUO | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 78 | Amazon | Lebooa | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 79 | Amazon | zhangnanaamz | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 80 | Amazon | hua mei xing heng | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 81 | Amazon | Fumao Trading | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 82 | Amazon | LoveD | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 83 | Amazon | JDKKYPT | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 84 | Amazon | feiyuebaihuoshanghang | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 85 | Amazon | Online Amazing Store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 87 | Amazon | YE61043 | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 88 | Amazon | Trading-World | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 89 | Amazon | ZXJdedian | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 90 | Amazon | xinxiangxianyamaliancheng | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 91 | Amazon | Le Miqu | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 92 | Amazon | ZoZo store | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 93 | Amazon | TongShiQi | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 94 | Amazon | xiangchengshirunruishangmao | 1 | • Soccer Mug With a Goal | | | | | $750 | $0 | $0 | $750 |
| 95 | Amazon | I.C.K Deals | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 96 | Amazon | JXinT | 1 | • Soccer Mug With a Goal | | | | | $750 | $0 | $0 | $750 |
| 97 | Amazon | yi er san zhi he | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 98 | Amazon | GhjUS | 1 | • Soccer Mug With a Goal | | | | | $750 | $0 | $0 | $750 |
| 99 | Amazon | ZIYUMR | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 100 | Amazon | konggeriyongbaihuodian | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 101 | Amazon | WBYSD | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 102 | Amazon | YINGFENGWL | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 103 | Amazon | Coles E-Commerce | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 104 | Amazon | kunpengbaihuo | 3 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal<br>• Mug With a Baseball glove | 3 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Baseball Action Cocoa | 1 | • The Mug With A Hoop! | $2,250 | $450,000 | $100,000 | $552,250 |
| 105 | Amazon | huairenshilanjiaojiarendianzishangwu youxiangongsi | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | Amazon | weiweifafa | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 107 | Amazon | jinzengshangmaoyouxiangongsi | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | 1 | • The Mug With A Hoop! | $1,500 | $0 | $100,000 | $101,500 |
| 108 | Amazon | little tiger's store | 1 | • Mug With a Basketball Hoop | 4 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Basketball and Packaging<br>• Basketball Empty | 3 | • Mug With A Hoop!<br>• Max'is Creations M | $750 | $600,000 | $300,000 | $900,750 |
| 109 | Amazon | æ²å¤•çš,,å°åº— | 1 | • Mug With a Basketball Hoop | 3 | • Basketball Action Cocoa<br>• Max and Sam Mugs Ice Cream<br>• Basketball and Packaging | 2 | • Mug With A Hoop!<br>• Max'is Creations M | $750 | $450,000 | $200,000 | $650,750 |
| 110 | Amazon | LQJQQD | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 111 | Amazon | zhongyuwangluo | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 112 | Amazon | XINYIRONGXIANG | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 113 | Amazon | Huibi | 1 | • Mug With a Basketball Hoop | | | 1 | • The Mug With A Hoop! | $750 | $0 | $100,000 | $100,750 |
| 114 | Amazon | lanhongshangmao(xingjun12) | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 115 | Amazon | wuzhongdian | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 116 | Amazon | STSC Market | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 118 | Amazon | YSBHSH | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 119 | Amazon | HuangJiShangMao | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 120 | Amazon | AuraroGeneralStore | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 122 | Amazon | XSDbeimei | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 123 | Amazon | xiaowanzi Lcc | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 125 | Cloudflare | teerifle | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 126 | DHGate | Copy03 | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 127 | DHGate | flymachine | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 128 | DHGate | homedod | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 129 | DHGate | movesports | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 130 | DHGate | Likenices | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 131 | DHGate | Baguoo | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 132 | DHGate | kxingshop | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 133 | DHGate | Thisisfashion | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 134 | DHGate | profoundadviced | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 135 | DHGate | starrynight0108 | 2 | • Mug With a Basketball Hoop<br>• Soccer Mug With a Goal | | | | | $1,500 | $0 | $0 | $1,500 |
| 136 | DHGate | christmascupgifts | 1 | • Mug With a Basketball Hoop | 4 | • Basketball Empty<br>• Basketball Action Cocoa<br>• Max and Sum Mugs Ice Cream<br>• Basketball and Packaging | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |

| # | Platform | Seller | | Product | | Infringement | | Mark | Base | A | B | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | Etsy | MIMIvintageGifts | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 144 | Fruugo | LiXinXian HuiTaiShiPin ShangMao YouXian GongSi | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball AcƟon Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 152 | Fruugo | Shenzhen Xianyi Numa Technology | 1 | • Mug With a Basketball Hoop | 1 | • Max and Sam Mugs Ice Cream | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 157 | Fruugo | Shenzhen Zongtuo Technology | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 158 | Fruugo | Shenzhen Longhua District Youxun Hengda Electronics Firm | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 159 | Other | cherryandoak | 1 | • Soccer Mug With a Goal | | | | | $750 | $0 | $0 | $750 |
| 161 | Shopify | mug-fabrik | 1 | • Mug With a Basketball Hoop | | | | | $750 | $0 | $0 | $750 |
| 162 | Walmart | LANDAF_US | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 163 | Walmart | Beyarina | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 164 | Walmart | Fortioo | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 165 | Walmart | Dolegur | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 166 | Walmart | mango | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 167 | Walmart | Smileol | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 168 | Walmart | Yszodd | 1 | • Mug With a Basketball Hoop | 3 | • Max and Sam Mugs Ice Cream<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $450,000 | $100,000 | $550,750 |
| 169 | Walmart | Ranludas | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 170 | Walmart | Rukaus | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 171 | Walmart | Nafxzy | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | Walmart | Nowsnde | 1 | • Mug With a Basketball Hoop | 4 | • Max and Sam Mugs Ice Cream<br>• Basketball Action Cocoa<br>• Basketball and Packaging<br>• Basketball Empty | 1 | • The Mug With A Hoop! | $750 | $600,000 | $100,000 | $700,750 |
| 173 | Wish | tuanchi1408 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 174 | Wish | minhtuyen12 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 175 | Wish | nhuthuy1312 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 176 | Wish | lediem1214 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 177 | Wish | trinh97 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 178 | Wish | kmytien39 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 179 | Wish | anguyett83 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 180 | Wish | chaubaonb90 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 181 | Wish | hang156 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 182 | Wish | loc1892 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 183 | Wish | ngoc165 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 184 | Wish | chau269 | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 185 | Wish | happyhastore | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 186 | Wish | hanhnhi_store | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 187 | Wish | baby921shop | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 188 | Wish | thanhhstore | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | • The Mug With A Hoop! | $750 | $150,000 | $100,000 | $250,750 |
| 189 | Wish | SummerColStore | 1 | • Mug With a Basketball Hoop | 1 | • Basketball Action Cocoa | 1 | | $750 | $150,000 | | $250,750 |
| | | | | | | | | | $179,250 | $15,900,000 | $5,500,000 | **$21,579,250** |